BILLIE JO LIVINGSTON, as Administratrix of the Estate of PATRICIA ANN LIVINGSTON, Deceased, Appellant, v HARD ROCK CAFÉ, INC., et al., Respondents, et al., Defendants. [852 NYS2d 761]—

Plaintiff failed to establish a connection between what her expert testified was a defective condition of the step at the entrance to the Hard Rock Café and her decedent's trip and fall exiting the restaurant (CPLR 4401; *see generally Kane v Estia Greek Rest.*, 4 AD3d 189, 190 [2004]).

Plaintiff's remaining contentions are without merit. Concur—Tom, J.P., Buckley, Sweeny and Moskowitz, JJ.